# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In re: Unilever Aerosol Products Marketing, Sales Practices, and Products Liability Litigation | MDL Docket No. 3068 |

### UNILEVER UNITED STATES, INC.'S UNOPPOSED MOTION
### TO EXTEND THE RESPONSE DEADLINE
### TO MOTION TO TRANSFER FOR COORDINATED OR CONSOLIDATED
### PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407

Unilever United States, Inc. respectfully asks the Judicial Panel on Multidistrict Litigation to grant its unopposed motion to extend its response deadline to the motion to form a Multidistrict Litigation proceeding (MDL) from January 10, 2023 to January 24, 2023. Unilever has conferred with plaintiff-petitioners, who do not oppose this extension.

On December 15, 2022, movants Samantha Simmons, *et al.*, moved the Panel for an order transferring a number of cases filed against Unilever, as well as any subsequently filed cases involving similar facts or claims to the United States District Court for the Northern District of Illinois to be assigned to Judge Matthew Kennelly. Movants asked in the alternative for the creation of an MDL limited to cases related to Unilever's dry shampoo products, to be assigned to Judge Martha Pacold of the Northern District of Illinois.

On December 20, 2022, this Panel accepted the motion for transfer and established a briefing schedule. *See* ECF Nos. 4, 5. Unilever received an automated notice of this order based on being counsel of record in the cases in the movants' Schedule of Actions. However, prior to this point, Unilever had not received any notice of the motion. Unilever's counsel conferred with Movants' counsel about the service issue, and Movants' counsel agreed not to oppose a motion for extension.

In light of the holidays and the service issue, Unilever respectfully asks the Panel to modify its December 20, 2022 order, *see* ECF No. 5, by extending Unilever's response date from January 10, 2022, to January 24, 2022.

/s/ Patrick Oot
Patrick Oot
E-Mail: oot@shb.com
SHOOK, HARDY & BACON L.L.P.
1800 K St. NW, Suite 1000
Washington, D.C. 20006
T: (202) 783-8400 |
**Counsel for Defendant Unilever United States, Inc.**

## CERTIFICATE OF SERVICE

      I, Patrick Oot, an attorney, hereby certify that on **December 20, 2022,** I caused a true and correct copy of the foregoing **UNILEVER UNITED STATES, INC.'S UNOPPOSED MOTION TO EXTEND THE RESPONSE DEADLINE TO MOTION TO TRANSFER FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS PURSUANT TO 28 U.S.C. § 1407** to be filed electronically.  Notice of this filing will be sent through the Court's CM/ECF system to the following counsel who are registered:

Virginia Ann Whitener
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
800 South Gay Street, Suite 1100
Knoxville, TN  37929
(865) 247-0080
gwhitener@milberg.com

Russell Busch
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
979 Green Bay Road
Highland Park, IL  60035
(865) 247-0080
rbusch@milberg.com

Nick Suciu III
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
6905 Telegraph Road, Suite 115
Bloomfield Hills, MI  48301
(313) 303-3472
nsuciu@milberg.com

Kevin Laukaitis
Jonathan Shub
**SHUB LAW FIRM LLC**
134 Kings Hwy E, FI-2
Haddonfield, NJ 08033
(856) 772-7200
klaukaitis@shublawyers.com
jshub@shublawyers.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 West Monroe Street, Suite 2100
Chicago, IL  60606
(847) 208-4585
gklinger@milberg.com

Max S. Roberts
Andrew Obergfell
**BURSOR & FISHER, P.A.**
888 Seventh Avenue – Third Floor
New York, NY  10019
(646) 837-7150
mroberts@bursor.com
aobergfell@bursor.com

Sarah N. Westcot (*pro hac vice*)
**BURSOR & FISHER, P.A.**
701 Brickell Avenue
Miami, FL  33131
(305) 330-5512
swestcot@bursor.com

Kiley Lynn Grombacher
Marcus Bradley
**Bradley/Grombacher LLP**
31365 Oak Crest Drive, Ste 240
Westlake Village, CA 91361
(805) 270-7100
kgrombacher@bradleygrombacher.com
mbradley@bradleygrombacher.com

Jason Paul Sultzer (*pro hac vice*)
**THE SULTZER LAW GROUP P.C.**
85 Civic Center Plaza
Poughkeepsie, NY  12601
(845) 483-7100
sultzerj@thesultzerlawgroup.com

Daniel H. Markowitz (*pro hac vice*)
Mindy Dolgoff (*pro hac vice*)
Philip Furia (*pro hac vice*)
**THE SULTZER LAW GROUP P.C.**
270 Madison Avenue
New York, NY  10016
(845) 483-7100
markowitzd@thesultzerlawgroup.com
dolgoffm@thesultzerlawgroup.com
furiap@thesultzerlawgroup.com

Charles E. Schaffer
David C. Magagna, Jr. (*pro hac vice*)
**LEVIN SEDRAN & BERMAN LLP**
510 Walnut Street, Suite 500
Philadelphia, PA  19106
(215) 592-1500
CSchaffer@lfsblaw.com
DMagagna@lfsblaw.com

R. Jason Richards
Sin-Ting Mary Liu
**Aylstock, Witkin, Kreis & Overholtz, PLLC**
17 East Main Street
Pensacola, FL 32505
(850) 202-1010
jrichards@awkolaw.com
baylstock@awkolaw.com

***Attorneys for Plaintiffs Yvonne Barnes and Patricia Dean, Antonio Morris and Bernadette Bogdanovs***

| | | |
|---|---|---|
| Jeffrey Miles Ostrow<br>Jonathan Marc Streisfeld<br>Kristen Lake Cardoso<br>**Kopelowitz Ostrow PA**<br>1 West Las Olas Blvd.<br>Suite 500<br>Fort Lauderdale, FL 33301-4216<br>954-525-4100<br>Fax: 954-525-4300<br>ostrow@kolawyers.com<br>streisfeld@kolawyers.com<br>cardoso@kolawyers.com<br><br>*Attorneys for Plaintiffs Michelle Schriver, Carolina Gonzlalez, Achorea Tisdale, and Tracy Alison* | Carly Elyse Jonakin<br>Harvey Sylvanous Bartlett , III<br>Elizabeth Blair Schilling<br>**Fishman Haygood LLP**<br>210 St. Charles Avenue<br>46th Floor<br>New Orleans, LA 70170<br>(504) 556-5573<br>cjonakin@fishmanhaygood.com<br>tbartlett@fishmanhaygood.com<br>bschilling@fishmanhaygood.com<br><br>*Attorneys for Plaintiff Linda Loudenslager* | Steven L. Bloch<br>Ian W. Sloss<br>**SILVER GOLUB & TEITELL LLP**<br>One Landmark Sq., 15th Floor.<br>Stamford, CT 06901<br>PHONE: (203) 325-4491<br>FAX: (203) 325-3769<br>sbloch@sgtlaw.com<br>isloss@sgtlaw.com<br><br>*Attorneys for Plaintiffs Elizabeth Little, Cathy Armstrong, Clair Awad, Kelly Branch, Suzanne Fitzgerald, Mari Gunn, Sarah Herandez, Stacy Vail, and Christina VanViet* |

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878
gklinger@milberg.com

Kevin Laukaitis
Jonathan Shub
**SHUB LAW FIRM LLC**
134 Kings Hwy E, Fl-2
Haddonfield, NJ 08033
(856) 772-7200
klaukaitis@shublawyers.com
jshub@shublawyers.com

Max S. Roberts
**BURSOR & FISHER, P.A.**
888 Seventh Avenue
New York, NY 10019
(646) 837-7150
mroberts@bursor.com

*Attorneys for Plaintiff Lawanda Sims*

| | | |
|---|---|---|
| Olimpio Lee Squitieri<br>**SQUITIERI & FEARON, LLP**<br>305 Broadway, 7th Floor<br>New York, New York 10007<br>(212) 421-6492<br>lee@sfclasslaw.com<br><br>Joseph R. Santoli<br>340 Devon Court<br>Ridgewood, New Jersey 07450<br>(201) 926-9200<br>Josephsantoli002@gmail.com | R. Jason Richards<br>**AYLSTOCK, WITKIN, KREIS &**<br>**OVERHOLTZ, PLLC**<br>17 East Main Street<br>Suite 200<br>Pensacola, FL 32502<br>(850) 202-1010<br>jrichards@awkolaw.com | Mark B. DeSanto<br>Joseph G. Sauder<br>**SAUDER SCHELKOPF**<br>1109 Lancaster Avenue<br>Berwyn, PA 19312<br>(888) 711-9975<br>jgs@sstriallawyers.com<br>mbd@sstriallawyers.com |
| *Attorneys for Plaintiff Robert Rullo* | *Attorneys for Plaintiffs Samantha Simmons, Ansleigh Walters, MaryKay Thrower, Jackie Spivey, Laura Martson and Chrissie Humenny* | *Attorneys for Plaintiff Billie Barnette* |

              /s/ Patrick Oot